B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re   Cereplast, Inc.
_____
                         Debtor(s)

Case No. _____
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AQR Diversified<br>2 Greenwich Plaza<br>Greenwich, CT 06830<br>203-742-3003 | Rocky Bryant<br>2 Greenwich Plaza<br>Greenwich CT 06830<br>203-742-3003 | Bond | Unliquidated | 3,513,200.00 |
| Pandora Select Partners, LP<br>3033 Excelsior Boulevard<br>Minneapolis, MN 55416 | Dale Willenbring<br>Pandora Select Partners, LP<br>3033 Excelsior Boulevard<br>Minneapolis, MN 55416 | Bond | Unliquidated | 1,519,000.00 |
| Ironridge Global IV, Ltd.<br>Harbour Houses, 2nd Floor<br>Waterfront Drive<br>P.O.Box 972<br>Road Town, Tortola<br>British Virgin Islands<br>310-935-3900 | John Kirkland<br>Managing Director<br>881 Alma Real Drive, Suite 305<br>Los Angeles, CA 90272-3731<br>310-935-3900 | Promissory Note | Disputed | 1,500,000.00 |
| Colortec<br>Via Fienile 1<br>Casalnuevo di Napoli 80013<br>Italy<br>011 39 081 8420135 | Gaetano Paolillo<br>Via Fienile 1<br>Casalnuevo di Napoli 80013<br>Italy<br>011 39 081 8420135 | Legal Settlement | | 1,186,766.00 |
| Pacific Capital Management<br>11606 Wilshire Boulevard<br>Suite 2180<br>Los Angeles, CA 90025<br>310-601-2800 | Jon Galser<br>11606 Wilshire Boulevard<br>Suite 2180<br>Los Angeles, CA 90025<br>310-601-2800 | Bond | Unliquidated | 789,400.00 |
| UBS O'Connor LLC/Multi-Strategy Alpha Master, Ltd.<br>One North Warker Drive<br>32nd Floor<br>Chicago, IL 60606<br>312-525-5839 | Jeff Putnam<br>One North Warker Drive<br>32nd Floor<br>Chicago, IL 60606<br>312-525-5839 | Bond | Unliquidated | 789,400.00 |
| Frederic Scheer<br>P.O. Box 72<br>Manhattan Beach, CA 90266<br>812-220-5400, ex. 1009 | Frederic Scheer<br>P.O. Box 72<br>Manhattan Beach, CA 90266<br>812-220-5400, ex. 1009 | Loan | Unliquidated | 720,627.84 |

B4 (Official Form 4) (12/07) - Cont.
In re  Cereplast, Inc.
　　　　　　　　　Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Radcliffe Capital Management, Inc.<br>50 Monument Road, Suite 300<br>Bala Cynwd, PA 19004<br>610-617-5918 | Chris Hinkel<br>50 Monument Road, Suite 300<br>Bala Cynwd, PA 19004<br>610-617-5918 | Bond | Unliquidated | 394,800.00 |
| Hanover Holdings, LLC<br>5 Hanover Square<br>New York, NY 10004<br>347-491-4240 | Ari Sasoon<br>5 Hanover Square<br>New York, NY 10004<br>347-491-4240 | Promissory Note | Disputed | 300,000.00 |
| AQR Opportunitistc Master Fund<br>2 Greenwich Plaza<br>Greenwich, CT 06830<br>203-742-3003 | Rocky Bryant<br>2 Greenwich Plaza, Greenwich CT 06830<br>203-742-3003 | Bond | Unliquidated | 276,400.00 |
| JMJ AKA Justin Keener<br>402 West Broadway San Diego CA 92109<br>619-508-1301 | Justin keener<br>402 West Broadway<br>San Diego CA 92109<br>619-508-1301 | Promissory Note | Unliquidated | 220,000.00 |
| CNH Diversified Master Fund<br>2 Greenwich Plaza<br>Greenwich, CT 06830<br>203-742-3003 | Rocky Bryant<br>2 Greenwich Plaza<br> Greenwich, CT 06830<br>203-742-3003 | Bond | Unliquidated | 157,800.00 |
| RR Donnelley Financial<br>P.O. Box 100112<br>Pasadena, CA 91189<br>213-627-2200 | Robert Toovey<br>P.O. Box 100112<br>Pasadena, CA 91189<br>213-627-2200 | Open Invoices | Unliquidated | 87,630.00 |
| Jackson County<br>111 S. Main St., Suite 124<br>Brownstown, IN 47220 | 111 S. Main St., Suite 124<br>Brownstown, IN 47220 | Property Taxes | Unliquidated | 74,981.14 |
| Magna Group, LLC<br>5 Hanover Square<br>New York, NY 10004<br>347-491-4240 | Ari Sasoon<br>5 Hanover Square<br>New York, NY 10004<br>347-491-4240 | Promissory Note | Disputed<br>Contingent | 69,000.00 |
| Wells Fargo<br>625 Marquette Ave, 11th Floor<br>Minneapolis, MN 55479<br>612-667-0337 | Richard Prokosh<br>625 Marquette Ave, 11th Floor<br>Minneapolis, MN 55479<br>612-667-0337 | Open Invoices | Unliquidated | 40,729.59 |
| OWS<br>497 Carthage Dr.<br>Dayton, OH 45434<br>937-829-6888 | 497 Carthage Dr.<br>Dayton, OH 45434<br>937-829-6888 | Open Invoices | Unliquidated | 38,230.30 |

B4 (Official Form 4) (12/07) - Cont.
In re  Cereplast, Inc.
                        Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Sichenzia Ross Friedman Ference<br>61 Broadway, 32nd Floor<br>New York, NY 10006<br>212-930-9700 | Greg Sichenzia<br>61 Broadway, 32nd Floor<br>New York, NY 10006<br>212-930-9700 | Attorneys Fees | Unliquidated | 35,000.00 |
| HJ & Associates<br>50 West Broadway, Suite 600<br>Salt Lake City, UT 84101<br>801-328-4408 | Mr. Jeff Jones<br>50 West Broadway, Suite 600<br>Salt Lake City, UT 84101<br>801-328-4408 | Auditor Fees | Unliquidated | 28,882.87 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ____ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  02/10/2014          Signature _____

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.