# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | CEREPLAST, INC. |
| **Case Number:** | 14-90200-BHL-11     **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, FEBRUARY 24, 2014 03:00 PM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | NOT RECORDED |

## *Matters:*

1) Telephonic Status Conference Re:   Motion to Convert to Chapter 7 filed by Whitney L Mosby on behalf of Creditor Horizon Technology Finance, Inc  [11]
   **R / M #:**   0 / 0

2) Telephonic Status Conference Re:   Corrected Motion to Abandon, Corrected Motion for Relief from Stay filed by Whitney L Mosby on behalf of Creditor Horizon Technology Finance, Inc   [15]
   **R / M #:**   0 / 0

## *Appearances:*

TAMARA MARIE LEETHAM, ATTORNEY FOR CEREPLAST, INC.
THOMAS C SCHERER, ATTORNEY FOR HORIZON TECHNOLOGY FINANCE, INC.
JOE MCGONIGAL - UST
JOHN KIRKLAND - ATTORNEY FOR IRONRIDGE
ANGIE DODD - ATTORNEY FOR SECURITIES AND EXCHANGE COMMISSION
DAVID KLEIMAN - ATTORNEY FOR WHITTYMORE, LLC
JEFF HOKANSON -  LOCAL COUNSEL FOR DEBTOR
CHRIS HINKLE - ATTORNEY FOR RADCLIFFE
ERIC DARMOFAL - IN HOUSE COUNSEL FOR HORIZON TECHNOLOGY FINANCE, INC.

## *Proceedings:*

*(1,2)   Disposition: Telephone Conference held.   Matters to be set for a Preliminary Hearing on 3/20/14 at 11:00 a.m. (EST) in New Albany.   Court to issue notice once schedules are filed.

Note:   Motion to Extend Time to file Schedules - granted.   Court to do order.
Hearing on first day motions to be heard on 3/4/14 at 9:30 a.m. (EST) in Indianapolis.  Court to issue notice.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**