**Cereplast, Inc.**
**Cash Budget**

| Week Ending | forecast 28-Feb-14 | forecast 7-Mar-14 | forecast 14-Mar-14 | forecast 21-Mar-14 | forecast 28-Mar-14 | forecast 4-Apr-14 | forecast 11-Apr-14 | forecast 18-Apr-14 | forecast 25-Apr-14 | forecast 2-May-14 | forecast 9-May-14 | forecast 16-May-14 | forecast 23-May-14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | $ - | 4,007 | 119,489 | 67,656 | 57,656 | 17,433 | 134,838 | 79,065 | 92,365 | 73,507 | 164,237 | 89,214 | 90,014 |
| **Sources of Cash:** | | | | | | | | | | | | | |
| DIP Financing | - | 250,000 | | | | 250,000 | | | | 250,000 | | | |
| Sales - customer products/services | 42,000 | | 14,190 | | 42,000 | 45,550 | 1,750 | 42,000 | 43,666 | | | 42,000 | 62,031 |
| **Uses of Cash:** | | | | | | | | | | | | | |
| Payroll and Benefits | | | (54,798) | | (54,798) | | (54,798) | | (54,798) | | (54,798) | | (54,798) |
| Wages owed - post-petition | | | | | | (13,792) | | | | (13,792) | | | |
| **Legal and Professional Fees** | | | | | | | | | | | | | |
| Bankruptcy counsel | | (20,000) | | | | (20,000) | | | | (20,000) | | | |
| Trustee fee | | - | | - | - | (4,875) | - | | | | - | - | - |
| Restructuring advisor | | (10,000) | | | | (10,000) | | | | (10,000) | | | |
| SEC counsel | | | (5,000) | | (5,000) | | | | | (5,000) | | | |
| Auditors and accountants | | (30,000) | | | | (25,000) | | | | (10,000) | (15,000) | | |
| **Facility and Overhead** | | | | | | | | | | | | | |
| Rent | | (25,000) | | | | (25,000) | | | | (25,000) | | | |
| Utilites | (6,500) | | | (7,500) | | | | (7,500) | | | | | (7,500) |
| Business insurance | (26,793) | | | | | (21,461) | | | | (21,461) | | | |
| Equipment lease payments | | (7,017) | | | | (7,017) | | | | (7,017) | | | |
| IT outsourcing and e-storage | (3,500) | | (3,500) | | (3,500) | | | | | (3,500) | | | |
| Telecom | | (1,250) | | | | (1,250) | | | | (1,250) | | | |
| Postage and delivery | | (750) | | | | (750) | | | | (750) | | | |
| Office supplies | | (500) | | | | (500) | | | | (500) | | | |
| **Production and Materials Cost** | | (35,000) | | | (15,000) | (25,000) | | (15,000) | (5,000) | (35,000) | | (25,000) | |
| **R&D - Compliance Costs** | | (1,500) | | | | (2,500) | | | | | (2,500) | | |
| **Public Company Costs** | | | | | | | | | | | | | |
| SEC Filing costs | | | | | | (15,000) | | | | | | (10,000) | |
| Transfer agent fees | | (1,000) | | | | (1,000) | | | | (1,000) | | | |
| **Selling, General and Admin** | | | | | | | | | | | | | |
| Sales commissions - 3rd party | (1,200) | | | | (1,200) | | | (1,200) | | | | (1,200) | |
| Sales reps (non-employees) | | | (2,725) | | (2,725) | | (2,725) | | (2,725) | | (2,725) | | (2,725) |
| Travel, lodging and meals | | (2,500) | | (2,500) | (5,000) | (5,000) | | (5,000) | | (5,000) | | (5,000) | |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Ending Balance** | $ 4,007 | 119,489 | 67,656 | 57,656 | 17,433 | 134,838 | 79,065 | 92,365 | 73,507 | 164,237 | 89,214 | 90,014 | 87,022 |

**EXHIBIT C**

| Employee Name | Status | Annual Comp | Gross Wages Per Period | Car Allowance | Employer Taxes | Employer Paid Benefits | Workers Comp | PEO Fee | Fully Loaded Costs |
|---|---|---|---|---|---|---|---|---|---|
| Employee 1 | Salary | $ 369,000 | $ 14,192.31 | $ 500.00 | $ 1,404.17 | $ 326.84 | $ 99.61 | $ 86.39 | $ 16,609.32 |
| Employee 2 | Salary | 200,000 | 7,692.31 | 325.00 | 573.85 | 850.56 | 54.36 | 64.62 | 9,560.70 |
| Employee 3 | Salary | 200,000 | 7,692.31 | - | 693.08 | 847.80 | 14.92 | 64.62 | 9,312.73 |
| Employee 4 | Salary | 110,000 | 4,230.77 | - | 573.04 | 566.76 | 8.21 | 64.62 | 5,443.40 |
| Employee 5 | Salary | 60,000 | 2,307.69 | - | 303.91 | 346.09 | 65.40 | 64.62 | 3,087.71 |
| Employee 6 | Salary | 65,000 | 2,500.00 | - | 264.77 | $ 387.29 | 4.68 | 64.62 | 3,221.36 |
| Employee 7 | Salary | 42,000 | 1,615.38 | - | 224.14 | 192.92 | 3.13 | 64.62 | 2,100.19 |
| Employee 8 | Hourly | 31,200 | 1,200.00 | - | 142.05 | 346.72 | 34.01 | 64.62 | 1,787.40 |
| Employee 9 | Hourly | 33,280 | 1,280.00 | - | 155.78 | 310.99 | 26.28 | 64.62 | 1,837.67 |
| Employee 10 | Hourly | 33,280 | 1,280.00 | - | 155.78 | 310.99 | 26.28 | 64.62 | 1,837.67 |
| | | | | | | | | | $ 54,798.14 |

**EXHIBIT C**