**United States Bankruptcy Court**
Southern District of Indiana

In re    Cereplast, Inc.

Debtor

Case No. _____14-90200-BHM-11_____

Chapter _____11_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Adrian, Rubio<br>c/o Cereplast, Inc.<br>300 Continental Blvd Ste 100<br>El Segundo, CA 90245-6046 | Common | 6,086 | 0% |
| Ahn, Lourdes<br>217 Corona Ave<br>Long Beach, CA 90803-1801 | Common | 9,457 | 0.001% |
| Albert Fried & Co LLC<br>Attn: Operations/Cashier Dept<br>45 Broadway FL 24<br>New York, NY 10006-3007 | Common | 10,000,010 | 0.812% |
| Alvarez, Alma<br>c/o Cereplast, Inc.<br>300 Continental Blvd Ste 100<br>El Segundo, CA 90245-6046 | Common | 25 | 0% |
| Amorosi, Arthur, T<br>10862 Hillhaven Ave<br>Tujunga, CA 91042-1416 | Common | 250 | 0% |
| Avedian, Kristianne<br>10116 NE 68th St. Apt. E103<br>Kirkland, WA 98033 | Common | 250 | 0% |
| Ball, Lora<br>1248 N Fuller Ave<br>West Hollywood, CA 90046 | Common | 250 | 0% |

_23_  continuation sheets attached to List of Equity Security Holders

In re    Cereplast, Inc.                                              Case No. __14-90200-BHM-11__
_____
                        Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ballentine, Thomas<br>5320 N Sheridan Rd #711N<br>Chicago, IL 60640 | Common | 250 | 0% |
| Barnhill, Gregory<br>9257 High Dr<br>Leawood, KS 66206 | Common | 5,000 | 0% |
| Ivan Barrett<br>1529 Via Lopez<br>Palos Verdes Estates, CA 90274 | Common | 250 | 0% |
| Mark Barton<br>9102 Crowne Springs Cir Unit 206<br>Louisville, KY 40241 | Common | 29614 | 0.003% |
| Michael R Beacom<br>579 Gregory Cir<br>Sonoma, CA 95476 | Common | 12,500 | 0.001% |
| Eric Belusa<br>4425 Treat Blvd Ste B<br>Concord, CA 94521 | Common | 188 | 0% |
| Benton, Matt<br>c/o Wachovia Securities<br>301 S College<br>Charlotte, NC 28202 | Common | 1,250 | 0% |

Sheet __1__ of __23__ continuation sheets attached to the List of Equity Security Holders

In re      Cereplast, Inc.                                                Case No.  14-90200-BHM-11
                          Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Berger, Pascal<br>177 Chemin De Chez Senard<br>Groisy | Common | 2,500 | 0% |
| Berk, Andrew D<br>1511 Ramona Ave<br>South Pasadena, CA 91030 | Common | 2,750 | 0% |
| Biehle Electric Inc<br>9605 W State Highway 50<br>Seymour, IN 47274 | Common | 16,250 | 0.001% |
| Blahnik, Robert F.<br>180 Hammock Oak Cir.<br>Debary, FL 32713 | Common | 29 | 0% |
| Bloomquist, Erik & Patricia Ten Com<br>1363 San Clemente Way<br>Sacramento, CA 95831 | Common | 250 | 0% |
| Bourying, Edward<br>1145 Bellview Rd<br>McLean, VA 22102 | Common | 250 | 0% |
| Bourying, Esther C & Edward Ten Com<br>1145 Bellview Rd<br>McLean, VA 22102 | Common | 5,000 | 0% |
| Brown, Lawrence<br>114 Piazza Genoa<br>Newport Beach, CA 92663 | Common | 1,250 | 0% |
| Brown, Michael & Linda Engelsieppen Ten Com<br>3860 Beverly Ridge Dr.<br>Sherman Oaks, CA 91423 | Common | 500 | 0% |

Sheet   2   of   23   continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    Cereplast, Inc.                                        Case No. 14-90200-BHM-11
_____
                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| O'Bryan, J. Duross<br>515 S. Flower St., Ste 3050<br>Los Angeles, CA 90071 | Common | 12,500 | 0.001% |
| Bybee-Hughes, Lynlee<br>1736 N. Buena Vista St.<br>Burbank, CA 91505 | Common | 250 | 0% |
| Cabezas, Eileen<br>C/O Cereplast Inc<br>300 Continental Blvd Ste 100<br>El Segundo, CA 90245 | Common | 25 | 0% |
| Cardi, Nicole<br>3469 Barry Ave<br>Los Angeles, CA 90066 | Common | 4,965 | 0% |
| Cede & Co<br>P.O. Box 20<br>Bowling Green Station<br>New York, NY 10004 | Common | 990,699,852 | 80.422% |
| Cerillo, Emir<br>c/o Cereplast, Inc.<br>300 Continental Blvd, Ste 100<br>El Segundo, CA 90245 | Common | 25 | 0% |
| Cerillo, Rhudy<br>11600 Montana Ave Apt 109<br>Los Angeles, CA 90049 | Common | 24,293 | 0.002% |
| Charles Schwab & Co. Inc.<br>Attn: Securities And Operations<br>2423 E. Lincoln Drive<br>Phoenix, AZ 85016 | Common | 16,494,484 | 1.339% |

Sheet __3__ of __23__ continuation sheets attached to the List of Equity Security Holders

In re     Cereplast, Inc.                               Case No. __14-90200-BHM-11__

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Cherness, Jeff<br>22730 Evalyn Ave<br>Torrance, CA 90505 | Common | 2,378 | 0% |
| Citigroup Global Markets Inc.<br>399 Park Ave<br>New York, NY 10022 | Common | 1,767,822 | 0.144% |
| Cherness, Jeff<br>c/o Cereplast, Inc.<br>22730 Evalyn Ave<br>Torrance, CA 90505 | Common | 238 | 0% |
| Cliggett, Mark<br>5552 Woodlawn Ave N<br>Seattle, WA 98103 | Common | 2,500 | 0% |
| Cohen, Clement & Lisa Cohen Ten Com<br>49 E 86th St<br>New York, NY 10028 | Common | 2,500 | 0% |
| Coll, Daniel<br>10575 Pine Cone Dr.<br>Truckee, CA 96161 | Common | 250 | 0% |
| Compass Horizon Funding Company, LLC<br>Attn: Gary Moro<br>312 Farmington Ave<br>Farmington, CT 06032 | Common | 200,000 | 0.016% |
| Convergex Execution Solution LLC<br>Attn: Physical Settlement Department<br>3501 Quadrangle Blvd<br>Orlando, FL 32817 | Common | 2,066,700 | 0.168% |

Sheet __4__ of __23__ continuation sheets attached to the List of Equity Security Holders

In re      Cereplast, Inc.                                            Case No.  14-90200-BHM-11
                                     Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Corder, Alejandro Sweet & Kathleen Sweet Cordero<br>Ten Com<br>1411 Church Street<br>San Francisco, CA 94131 | Common | 625 | 0% |
| CorProminence, LLC<br>Attn: Chuck Bennett<br>377 Oak St.<br>Councourse 2<br>Garden City, NY 11530 | Common | 394,828 | 0.032% |
| DAB Bank AG<br>c/o Dip. Corporate Actions<br>Landsberger Str 428<br>81241 Muenchen | Common | 88 | 0% |
| Data Capital Corp.<br>228 Park Ave S Ste 90767<br>New York, NY 10003 | Common | 15,000,000 | 1.218% |
| Dekelaita, Luka J<br>4815 N. Damen Ave Apt 203<br>Chicago, IL 60625 | Common | 250 | 0% |
| Demakos, Athan<br>2141 Greenwood Ave<br>Wilmette, IL 60091 | Common | 1,875 | 0% |
| Dettling, Michael<br>3880 Startouch Dr.<br>Pasadena, CA 91107 | Common | 250 | 0% |
| Dhillon, Harinder S<br>94 Sommer Ln.<br>Goleta, CA 93117 | Common | 8,500 | 0.001% |

Sheet  5   of   23   continuation sheets attached to the List of Equity Security Holders

In re   Cereplast, Inc.                                 Case No.  14-90200-BHM-11

Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Dobson Jr., Dennis S. 3210 Burr St Fairfield, CT 06824 | Common | 684 | 0% |
| Donatelli, Michael 2000 N. Lincoln St. Burbank, CA 91504 | Common | 500 | 0% |
| Dziak, George & Marlene Dziak Ten Com 12662 SE Easthampton St Clackamas, OR 97015 | Common | 250 | 0% |
| Eastman, Patrick & Melissa Eastman Ten Com P.O. Box 162 Elk Mountain, WY 82324 | Common | 250 | 0% |
| Eckey, Wolfgang Hertingerstrasse 46A Unna D | Common | 6,250 | 0% |
| Edwards, Sherman D. 8218 W. Meadow Pass Wichita, KS 67205 | Common | 2,000 | 0% |
| Eng, Susan 1710 32nd Ave San Francisco, CA 94122 | Common | 250 | 0% |
| Fleming, Terrence 3424 Wilshire Blvd Los Angeles, CA 90010 | Common | 625 | 0% |
| Fowkes, Richard & Floran Fowkes TR 325 S Plymouth Blvd Los Angeles, CA 90020 | Common | 625 | 0% |

Sheet  6  of  23  continuation sheets attached to the List of Equity Security Holders

In re    Cereplast, Inc.                                    Case No.  14-90200-BHM-11
_____
                              Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| The Frederic & Jocelyne Scheer Foundation<br>727 ½ Longfellow Ave<br>Hermosa Beach, CA 90254 | Common | 125,000 | 0.010% |
| Gaffney, Kathleen<br>590 Concord Ave<br>Williston Park, NY 11596 | Common | 250 | 0% |
| Garden, Vanessa<br>1541 Stadium Dr.<br>Seymour, IN 47274 | Common | 1,285 | 0% |
| Gillespie, Steve<br>1900 Richmond St<br>Sacramento, CA 95825 | Common | 250 | 0% |
| Gonzalez, Monique<br>C/O Cereplast, Inc.<br>300 Continental Blvd. Ste 100<br>El Segundo, CA 90245 | Common | 25 | 0% |
| Gordon, Steve<br>1138 Oriole Rd<br>Santa Barbara, CA 93108 | Common | 625 | 0% |
| Graf, Allan<br>463 N Las Palmas Ave<br>Los Angeles, CA 90004 | Common | 7,500 | 0.001% |
| Graf, Justin & Merrill Graf Ten Com<br>10475 Wilshire Blvd Unit 101<br>Los Angeles, CA 90024 | Common | 125 | 0% |
| Graf, Laura<br>326 Toro Canyon Rd<br>Carpinteria, CA 93013 | Common | 125 | 0% |

Sheet  7  of  23  continuation sheets attached to the List of Equity Security Holders

In re    Cereplast, Inc.
_____
Debtor

Case No. 14-90200-BHM-11

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Graf, Marge IRA<br>463 N Las Palmas Ave<br>Los Angeles, CA 90004 | Common | 3,750 | 0% |
| Graf, Matthew<br>463 N Las Palmas Ave<br>Los Angeles, CA 90004 | Common | 125 | 0% |
| Graf, Robert<br>463 N Las Palmas Ave<br>Los Angeles, CA 90004 | Common | 625 | 0% |
| Gries, Douglas<br>1285 Concord Ln<br>Libertyville, IL 60048 | Common | 3,250 | 0% |
| Grosso, John Cesar<br>c/o Journal Ledgers, LLC<br>720 N 4th St<br>P.O. Box 387<br>Montpelier, ID 83254 | Common | 106 | 0% |
| Guarino, Francoise<br>Alameda Casa Blanca<br>Sao Paulo<br>1111/1401 | Common | 2,500 | 0% |
| Guarino, Hubert<br>Rua Carillo Nader 330<br>Sao Paulo | Common | 3,000 | 0% |
| Guggemos, William L. & Nancy A Guggemos Ten Com<br>78 Bruning Ave<br>Rio Vista, CA 94571 | Common | 250 | 0% |

Sheet  8   of   23   continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    Cereplast, Inc.                                                      Case No. 14-90200-BHM-11
_____
                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Hampson, Greg & Carol Hampson Ten Com<br>1847 Virginia Rd<br>Los Angeles, CA 90019 | Common | 2,500 | 0% |
| Harris, Jennifer<br>625 Cambridge Dr<br>Santa Barbara, CA 93111 | Common | 245 | 0% |
| Haven, William Todd & Yvonne Haven Jt Ten<br>8947 Mandarin Ave<br>Alta Loma, CA 91701 | Common | 5,000 | 0% |
| Heimberg, Paul<br>17080 Palisades Circle<br>Pacific Palisades, CA 90272 | Common | 1,250 | 0% |
| Hernandez, Carlos<br>1929 Shipway Ave<br>Long Beach, CA 90815 | Common | 295 | 0% |
| Hicks, Robert<br>c/o Finance 500 Inc<br>19762 MacArthur Blvd Ste 200<br>Irvine, CA 92612 | Common | 6,285 | 0.001% |
| Howarth, Carl<br>104 Hillcrest Rd<br>Camp Hill, PA 17011 | Common | 3,250 | 0% |
| Huang, Shuang Qing<br>5032 Rundle Court<br>Mississauga, ON L5M 4A2 | Common | 2,500 | 0% |
| Hunt, Franklin<br>11 S Mountain Rd<br>Kaysville, UT 84037 | Common | 512,500 | 0.042% |

Sheet __9__ of __23__ continuation sheets attached to the List of Equity Security Holders

In re    Cereplast, Inc.                                    Case No. 14-90200-BHM-11
_____
                        Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| IBC Funds, LLC<br>5348 Vegas Dr.<br>Las Vegas, NV 89108 | Common | 94,267,706 | 7.652% |
| Ironridge Global IV Ltd<br>Harbour Houses 2nd Floor<br>Waterfront Drive<br>P.O. Box 972<br>Road Town<br>Tortola | Common | 70,000,000 | 5.682% |
| Johnson, Dee A<br>P.O. Box 1602<br>Nashville, IN 47448 | Common | 160 | 0% |
| Journals & Ledgers LLC<br>Attn: Teresa Kunz<br>720 N 4th St<br>P.O. Box 387<br>Montpelier, ID 83254 | Common | 544 | 0% |
| Kahmann, Richard<br>2324 Bath St.<br>Santa Barbara, CA 93105 | Common | 1,250 | 0% |
| Kaufman, Larry J<br>1516 Alewa Dr<br>Honolulu, HI 96817 | Common | 10,000 | 0.001% |
| Kerr, William J<br>1110 Woodtrail Dr<br>Gaston, SC 29053 | Common | 6,500 | 0% |
| King, Christopher<br>29592 Ana Maria Ln<br>Laguna Niguel, CA 92677 | Common | 1,000 | 0% |

Sheet  10  of  23  continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re    Cereplast, Inc.                                          Case No. __14-90200-BHM-11__
                           Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Kitsos, Petros<br>c/o TBL Companies<br>53 Palmers El Caribe | Common | 37,500 | 0% |
| KT Family Trust Dated 6/1/04<br>Petros G Kitsos and Lina A Bryan<br>Toledo as Trustee<br>c/o Kitsos<br>53 Palmeras El Caribe Bldg<br>San Juan PR 00901 | Common | 76,317 | 0.006% |
| Korn Ferry International<br>c/o Cereplast Inc<br>300 Continental Blvd Ste 100<br>El Segundo, CA 90245 | Common | 10,938 | 0% |
| Lara, Jose<br>c/o Cereplast Inc<br>300 Continental Blvd Ste 100<br>El Segundo, CA 90245 | Common | 25 | 0% |
| Lara, Ruben<br>c/o Cereplast Inc<br>300 Continental Blvd Ste 100<br>El Segundo, CA 90245 | Common | 25 | 0% |
| Nathalie LeBlanc<br>68 Route Des Argos<br>Annecy Le Vieux | Common | 114,750 | 0.009% |
| Lee, Esther & Edward Bouryng Jt Ten<br>1145 Bellview Rd<br>McLean, VA 22102 | Common | 3,750 | 0% |
| Lee, Esther<br>1145 Bellview Rd | Common | 250 | 0% |

Sheet __11__ of __23__ continuation sheets attached to the List of Equity Security Holders

In re    Cereplast, Inc.                                            Case No. 14-90200-BHM-11
                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Lee, Val J & Lori G Lee Ten Com c/o Journal & Ledgers LLC 720 N 4th St P.O. Box 387 Montpelier, ID 83254 | Common | 750 | 0% |
| Lek Securities Corp 1 Liberty Plz Fl 52 New York, NY 10006 | Common | 19,621,000 | 1.593% |
| Lim, Victor c/o Cereplast Inc 300 Continental Blvd Ste 100 El Segundo, CA 90245 | Common | 618 | 0% |
| Loeser, Martin 10381 Golden Eagle Ct Plantation, FL 33324 | Common | 1,250 | 0% |
| Long, Frank & Francesca Pique-Long Ten Com Via Di Canneto 16 Prato | Common | 250 | 0% |
| Lopez, Emir Cerrillo c/o Cereplast Inc 300 Continental Blvd Ste 100 El Segundo, CA 90245 | Common | 25 | 0% |
| Luna, Salvador 38660 De Luz Rd Fallbrook, CA 92028 | Common | 1,250 | 0% |
| Lyau, Anthony & Patricia Lyau Ten Com 2571 21st Ave San Francisco, CA 94116 | Common | 125 | 0% |

Sheet __12__ of __23__ continuation sheets attached to the List of Equity Security Holders

In re     Cereplast, Inc.                                          Case No.   14-90200-BHM-11
_____                          _____
                              Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Madjzoub, Darius<br>15344 Mar Vista St<br>Whittier, CA 90605 | Common | 1,000 | 0% |
| McMurray, Margaret<br>25508 Senator Ave<br>Harbor City, CA 90710 | Common | 24,198 | 0% |
| Merill Lynch Pierce Frnner & Smith Inc<br>P.O. Box 12006<br>Newark, NJ 07101 | Common | 1,650,000 | 0.134% |
| Milano-Negri, Fern<br>7557 Fairway Two Ave<br>Fair Oaks, CA 95628 | Common | 250 | 0% |
| Miller, Chris<br>1399 Phillips Ln<br>San Luis Obispo, CA 93401 | Common | 1,000 | 0% |
| Mohammadali, Vaghar & Nadereh Salarpour Ten Com<br>925 Alexandra Ct<br>Oak Park, CA 91377 | Common | 2,500 | 0% |
| Muchin, Michael<br>23 Wendy Ln<br>West Hartford, CT 06117 | Common | 3,504 | 0% |
| Mustain, James R. & Gohar Mustain Ten Com<br>10551 Irma Ave<br>Tujunga, CA 91042 | Common | 250 | 0% |
| Nava, Azucena<br>c/o Cereplast Inc<br>300 Continental Blvd Ste 100<br>El Segundo, CA 90245 | Common | 25 | 0% |

Sheet   13   of   23   continuation sheets attached to the List of Equity Security Holders

In re    Cereplast, Inc.                                    Case No. 14-90200-BHM-11
_____
                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Nava, Azucena Vidrio<br>c/o Cereplast Inc<br>300 Continental Blvd Ste 100<br>El Segundo, CA 90245 | Common | 25 | 0% |
| Nava, Maria Del Carmen<br>c/o Cereplast Inc<br>300 Continental Blvd Ste 100<br>El Segundo, CA 90245 | Common | 25 | 0% |
| Negri, Brian<br>301 Gibson Dr. Apt 424<br>Roseville, CA 95678 | Common | 250 | 0% |
| Negri, Kari<br>6711 Forest Lawn Dr Ste 107<br>Los Angeles, CA 90068 | Common | 1,334 | 0% |
| Novoa, Antonio & Maria Pilar Novoa Ten Com<br>5124 Dahlia Dr.<br>Los Angeles, CA 90041 | Common | 250 | 0% |
| O'Rear, Douglas C.<br>5339 Plata Rosa Ct<br>Camarillo, CA 93012 | Common | 65,378 | 0.005% |
| Ochoa, Carlos<br>c/o Cereplast Inc<br>300 Continental Blvd Ste 100<br>El Segundo, CA 90245 | Common | 522 | 0% |
| Octagon Capital Partners<br>155 W 68th St Apt 27E<br>New York, NY 10023 | Common | 2,500 | 0% |

Sheet  14  of  23  continuation sheets attached to the List of Equity Security Holders

In re    Cereplast, Inc.                                              Case No.    14-90200-BHM-11
                          Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Okada, Michael<br>402 Harbor Woods Pl<br>Newport Beach, CA 92660 | Common | 12,565 | 0.001% |
| Okamoto, Kelvin<br>12972 Deerstyne Green St<br>Carmel, IN 46032 | Common | 32,423 | 0% |
| Paterson, Glenn R<br>c/o Journal & Ledgers, LLC<br>720 N 4th St<br>P.O. Box 387<br>Montpelier, ID 83254 | Common | 106 | 0% |
| Paumier, Phillipe<br>1910 Route Du Chef Lieu<br>Domancy | Common | 60,000 | 0.005% |
| Robert A Pechoultree Exempt Trust<br>2767 Octavia St<br>San Francisco, CA 94123 | Common | 12,500 | 0% |
| Pelosi, Paul<br>2269 Chestnut St<br>San Francisco, CA 94123 | Common | 500,000 | 0.041% |
| Peters, Daniel B. & Elisabeth H Peters Ten Com<br>2361 Walnut Blvd<br>Walnut Creek, CA 94597 | Common | 250 | 0% |
| Peters, Richard & Madeline Peters Ten Com<br>1521 Via Arco<br>Palos Verdes Estates, CA 90274 | Common | 250 | 0% |
| Pettigrew, Alec<br>3A Yee Lin Mansion | Common | 47,547 | 0.004% |

Sheet   15   of   23   continuation sheets attached to the List of Equity Security Holders

In re    Cereplast, Inc.                                          Case No.  14-90200-BHM-11
                                   Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Peus, Carl<br>2324 Bath St<br>Santa Barbara, CA 93105 | Common | 2,500 | 0% |
| Peus, Craig<br>2700 Bungalow Pl<br>Corona Del Mar, CA 92625 | Common | 512,625 | 0.042% |
| Alloy Polymer<br>c/o Cereplast Inc<br>300 Continental Blvd Ste 100<br>El Segundo, CA 90245 | Common | 96 | 0% |
| Ponamgi, Suri<br>140 Hollywood Ave<br>Englewood Cliffs, NJ 07632 | Common | 875 | 0% |
| Porter, Tom M. & Marla K. Porter Jt Ten<br>5705 Newton St<br>Overland Park, KS 66202 | Common | 15,000 | 0% |
| Quevedo, Alex<br>c/o Cereplast Inc<br>300 Continental Blvd Ste 100<br>El Segundo, CA 90245 | Common | 150 | 0% |
| Quezada, Ericka<br>c/o Cereplast Inc<br>300 Continental Blvd Ste 100<br>El Segundo, CA 90245 | Common | 4,715 | 0% |
| Radis, Terry Lynn<br>TR<br>Terry Lynn Radis Family Revocable Trust<br>918 9th St Apt B<br>Santa Monica, CA 90403 | Common | 1,250 | 0% |

Sheet  16  of  23  continuation sheets attached to the List of Equity Security Holders

In re    Cereplast, Inc.                                                          Case No.  14-90200-BHM-11
                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Raphanaud, Jerome<br>c/o Cereplast Inc<br>300 Continental Blvd Ste 100<br>El Segundo, CA 90245 | Common | 10,293 | 0.001% |
| Ravera, Phillipe<br>c/o Cereplast Inc<br>300 Continental Blvd Ste 100<br>El Segundo, CA 90245 | Common | 57,500 | 0.005% |
| RBC Capital Markets, LLC<br>60 S 6th St<br>Mailstop P9<br>Minneapolis, MN 55402 | Common | 1,702,474 | 0.138% |
| Reed, Mike<br>26127 Bent Meadow Ct<br>Katy, TX 77494 | Common | 4,608 | 0% |
| Richardson, Grace Henderson<br>180 E 79th St Apt 14D<br>New York, NY 10075 | Common | 1,250 | 0% |
| Roe, Jeremy G.<br>c/o Journal & Ledgers, LLC<br>720 N 4th St<br>P.O. Box 387<br>Montpelier, ID 83254 | Common | 2,000 | 0% |
| Romero, Denis<br>c/o Cereplast Inc<br>300 Continental Blvd Ste 100<br>El Segundo, CA 90245 | Common | 25 | 0% |

Sheet  17   of   23   continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re    Cereplast, Inc.                                                  Case No.    14-90200-BHM-11
                              Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ross, Timothy W. & Peggy M. Ross Ten Com. 27013 Lamberton Pl Valencia, CA 91354 | Common | 875 | 0% |
| Rubio, Adrian c/o Cereplast Inc 300 Continental Blvd Ste 100 El Segundo, CA 90245 | Common | 375 | 0% |
| Sachinas, Juan c/o Cereplast Inc 300 Continental Blvd Ste 100 El Segundo, CA 90245 | Common | 50 | 0% |
| Salazar, Abel c/o Cereplast Inc 300 Continental Blvd Ste 100 El Segundo, CA 90245 | Common | 25 | 0% |
| Salazar, Vanessa 1541 Stadium Dr Seymour, IN 47274 | Common | 14,403 | 0% |
| Salvo, Ron 26461 Sandy Crk Lake Forest, CA 92630 | Common | 500 | 0% |
| Scheer, Albane 330 Hollowell Ave Hermosa Beach, CA 90254 | Common | 1,000 | 0% |
| Scheer, Alexandre 330 Hollowell Ave Hermosa Beach, CA 90254 | Common | 1,000 | 0% |
| Scheer, Arnaud 3217 Overland Ave Apt 7104 Los Angeles, CA 90034 | Common | 1,000 | 0% |

Sheet  18   of   23   continuation sheets attached to the List of Equity Security Holders

In re    Cereplast, Inc.                                      Case No. 14-90200-BHM-11
                        Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Scheer, Frederic<br>c/o Cereplast Inc<br>300 Continental Blvd Ste 100<br>El Segundo, CA 90245 | Common | 106,296 | 0.009% |
| Scheer, Jocelyn & Frederic Scheer Ten Com<br>330 Hollowell Ave<br>Hermosa Beach, CA 90254 | Common | 2,672,488 | 0.217% |
| Schmidt, Ron<br>2071 Rosswood Dr<br>San Jose, CA 95124 | Common | 117 | 0% |
| Schoenborn, Rhonda<br>5824 Dunsmuir Ave<br>Dunsmuir, CA 96025 | Common | 250 | 0% |
| Schultz, Arthur & Linda Schultz<br>TR The Schultz Family Trust<br>407 Faye Ln<br>Of 1992<br>Redondo Beach, CA 90277 | Common | 5,000 | 0% |
| Scottrade Inc.<br>500/510 Maryville Center Drive<br>Saint Louis, MO 63141 | Common | 1,765,894 | 0.143% |
| Shahespeare, Steve<br>13233 Fiji Way Unit H<br>Marina Del Rey, CA 90292 | Common | 250 | 0% |
| Sheehan, Heather<br>509 N Francisca Ave Apt A<br>Redondo Beach, CA 90277 | Common | 61,473 | 0.004% |
| Sherring, David & Carrie Sherring Ten Com<br>4406 Canoe Birch Ct<br>Concord, CA 94521 | Common | 250 | 0% |

Sheet  19  of  23  continuation sheets attached to the List of Equity Security Holders

In re    Cereplast, Inc.                                                      Case No.  14-90200-BHM-11
                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Shin, John<br>61 Tennyson Dr<br>Short Hills, NJ 07078 | Common | 1,875 | 0% |
| Smith, Curtasha Champion<br>c/o Cereplast Inc<br>300 Continental Blvd Ste 100<br>El Segundo, CA 90245 | Common | 25 | 0% |
| Stall, Andrew<br>1136 2nd St<br>New Orleans, LA 70130 | Common | 250 | 0% |
| Standaert, James<br>11184 Antioch Rd #353<br>Overland Park, KS 66210 | Common | 250 | 0% |
| Stanson, Jason<br>44 Crooked Stick Dr.<br>Newport Beach, CA 92660 | Common | 250 | 0% |
| Stephenson, Gary<br>1589 Berwick Dr<br>Cambria, CA 93428 | Common | 250 | 0% |
| Steward, Mary Zinn<br>7820 S Glencoe Way<br>Centennial, CO 80122 | Common | 625 | 0% |
| Tam, Kenneth<br>4071 Hayvenhurst Dr.<br>Encino, CA 91436 | Common | 20,250 | 0.002% |
| Tan, Keria<br>60 E 52nd St<br>Long Beach, CA 90805 | Common | 2,056 | 0% |

Sheet  20  of  23  continuation sheets attached to the List of Equity Security Holders

In re    Cereplast, Inc.                                        Case No. 14-90200-BHM-11
_____              _____
                        Debtor

### LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Tayenaka, Laurie & Walter Tayenaka Ten Com<br>6366 Jasmine Dr.<br>Huntington Beach, CA 92648 | Common | 250 | 0% |
| Tennell, Greg<br>1630 Hickory Grove Rd<br>Lawrenceburg, KY 40342 | Common | 7,302 | 0.001% |
| Tetrick III, William Mavern<br>5225 Wilshire Blvd Ste 315<br>Los Angeles, CA 90036 | Common | 12,500 | 0/001% |
| Vaghar, Mohammadali<br>P.O. Box 286<br>East Walpole, MA 02032 | Common | 250 | 0% |
| Velez, Larry & Lorrie Velez Ten Com<br>23931 Rancho Ct<br>Valencia, CA 91354 | Common | 250 | 0% |
| Four Square Vending<br>Superannuation Fund<br>213 Pollock Avenue<br>North Wyong<br>NSW | Common | 18,750 | 0.002% |
| Vijaiyan, Terrence<br>6523 Sattes Dr.<br>Rancho Palos Verdes, CA 90275 | Common | 5,000 | 0% |
| Vincent, Jacques & Gisele Vincent Ten Com<br>15 Rue Theodule Ribot<br>Paris, France | Common | 1,000 | 0% |
| Vincent, Jacques<br>15 Rth Ribot | Common | 537,500 | 0.044% |

Sheet  21  of  23  continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

In re    Cereplast, Inc.                                          Case No. 14-90200-BHM-11
_____
                            Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Wagner, Sandra & Richard Hanford Ten Com<br>619 Sitka Dr<br>Walnut Creek, CA 94598 | Common | 250 | 0% |
| Wallace, Terry<br>c/o Cereplast Inc.<br>715 Enterprise Way<br>Maryville, TN 37801 | Common | 808 | 0% |
| Weintraub Partners<br>400 Capitol Mall Fl 11<br>Sacramento, CA 95814 | Common | 61,644 | 0.005% |
| Whittymore, Dill<br>P.O. Box 101<br>Brownstown, IN 47220 | Common | 12,000 | 0.001% |
| Wiesen, Beverly<br>19200 Von Karman Ave Ste 600<br>Irvine, CA 92612 | Common | 4,530 | 0% |
| Williams, Robert<br>14 Schofield Rd<br>Phoenixville, PA 19460 | Common | 6,250 | 0.001% |
| Winograd, Risa Beth<br>The Risa Beth Winograd Living Trust<br>6447 W 84th St<br>Los Angeles, CA 90045 | Common | 250 | 0% |
| Wise, Malissa<br>3359 Primera Ave<br>Los Angeles, CA 90068 | Common | 2,500 | 0% |
| Wolf, Marshall<br>Box 730 Station A<br>Toronto Ontario On M5W 1G2 | Common | 1,283 | 0% |

Sheet __22__ of __23__ continuation sheets attached to the List of Equity Security Holders

In re    Cereplast, Inc.                                                                Case No. 14-90200-BHM-11
_____                            _____
                        Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Wong, Patricia<br>4071 Hayvenhurst Dr<br>Encino, CA 91436 | Common | 250 | 0% |
| Wood, Claude Liville<br>3184 Old Grubby Rd<br>South Boston, VA 24592 | Common | 16,666 | 0.001% |
| Woodard, Anthony R. & Wendy Woodard Ten Com<br>1600 Stinson Ave<br>Mattoon, IL 61938 | Common | 250 | 0% |
| Woodard, Bette J<br>903 Cedar St<br>Marshall, IL 62441 | Common | 250 | 0% |
| Woodard, Larry<br>612 N 9th St<br>Marshall, IL 62441 | Common | 250 | 0% |
| Ziegler, Ashley E.<br>4147 Churchill Dr<br>Newbury Park, CA 91320 | Common | 32 | 0% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  02/21/2014                    Signature_____

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy