# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

In re: Cereplast, Inc. § Case No. 14-90200
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 10, 2014. The undersigned trustee was appointed on March 28, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $       3,343,241.55

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 2,260,000.00 |
   | Administrative expenses | 688,896.86 |
   | Bank service fees | 15,691.79 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 77,508.78 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $      301,144.12 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/11/2014 and the deadline for filing governmental claims was 08/09/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $121,188.62. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $101,250.00 as interim compensation and now requests the sum of $19,938.62, for a total compensation of $121,188.62.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $580.68 and now requests reimbursement for expenses of $553.34, for total expenses of $1,134.02.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/13/2018        By: /s/Kathryn L. Pry
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-90200  
**Case Name:** Cereplast, Inc.  

**Period Ending:** 07/13/18

**Trustee:** (340300) Kathryn L. Pry  
**Filed (f) or Converted (c):** 03/27/14 (c)  
**§341(a) Meeting Date:** 05/07/14  
**Claims Bar Date:** 08/11/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNTS | 0.00 | 0.00 | OA | 0.00 | FA |
| 2 | SECURITY DEPOSITS | 22,545.00 | 22,545.00 | | 5,177.20 | FA |
| 3 | interest in Algaeplast | 5,000.00 | 5,000.00 | OA | 0.00 | FA |
| 4 | ACCOUNTS RECEIVABLE | 84,000.00 | 84,000.00 | | 41,550.00 | FA |
| 5 | Patents & Copyrights | 237,000.00 | 237,000.00 | | 100,000.00 | FA |
| 6 | Production manufacturiung equipment (u) | 2,100,000.00 | 2,100,000.00 | | 1,000,000.00 | FA |
| 7 | Office furniture & Supplies | 61,000.00 | 61,000.00 | | 25,000.00 | FA |
| 8 | Raw materials,plastic resins,finished goods,pack | 0.00 | 4,008,000.00 | | 1,475,000.00 | FA |
| 9 | Refund of Health insurance due to 80/20 rule (u) | 0.00 | 151.33 | | 151.33 | FA |
| 10 | Funds due from Frontier Communication (u) | 0.00 | 6.31 | OA | 6.31 | FA |
| 11 | Corporate Shell (u) | 0.00 | 25,000.00 | OA | 0.00 | FA |
| 12 | Potential officer and director claims (u) | 0.00 | 500,000.00 | | 500,000.00 | FA |
| 13 | overpayment on Pitney Bowles - postage (u) | 0.00 | 135.59 | | 135.59 | FA |
| 14 | Overpayment on invoice LOQA347735600 with ACH (u) | 0.00 | 1,406.55 | | 1,586.55 | FA |
| 15 | Preference, Gibbons P.C. (u) | 0.00 | 7,500.00 | | 7,500.00 | FA |
| 16 | Preference against GRM Information Mgmt System (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 17 | State of California tax refund (u) | 0.00 | 121.98 | | 121.98 | FA |
| 18 | Preference - GE Capital (u) | 0.00 | 3,564.80 | | 3,564.80 | FA |
| 19 | European Bioplastic preference (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 20 | Wittymore LLC preference (u) | 0.00 | 50,000.00 | OA | 0.00 | FA |
| 21 | Synoptel preference (u) | 0.00 | 12,457.04 | | 2,000.00 | FA |
| 22 | Jackson Co. Treasurer preference (u) | 0.00 | 11,000.00 | OA | 0.00 | FA |
| 23 | ATTM settlement (u) | 0.00 | 31.29 | | 31.29 | FA |
| 24 | REMNANT ASSETS (u) | 0.00 | 4,000.00 | | 5,000.00 | FA |
| **24** | **Assets** **Totals** (Excluding unknown values) | **$2,509,545.00** | **$7,142,919.89** | | **$3,176,825.05** | **$0.00** |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-90200  
**Case Name:** Cereplast, Inc.

**Period Ending:** 07/13/18

**Trustee:** (340300) Kathryn L. Pry  
**Filed (f) or Converted (c):** 03/27/14 (c)  
**§341(a) Meeting Date:** 05/07/14  
**Claims Bar Date:** 08/11/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

    Remnant assets sold. Final returns being prepared.

**Initial Projected Date Of Final Report (TFR):**     December 31, 2016          **Current Projected Date Of Final Report (TFR):**     June 30, 2018

_____  
      July 13, 2018  
           Date

/s/ Kathryn L. Pry  
_____  
Kathryn L. Pry

Printed: 07/13/2018 10:09 AM    V.14.14

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 14-90200 | | Trustee: | Kathryn L. Pry (340300) |
|---|---|---|---|---|
| Case Name: | Cereplast, Inc. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******0466 - Checking Account |
| Taxpayer ID #: | **-***4289 | | Blanket Bond: | $36,630,939.00  (per case limit) |
| Period Ending: | 07/13/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/02/14 | | Cereplast , Inc.  -  East West BAnk | funds from Chapter 11 | 1290-010 | 70,304.26 | | 70,304.26 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.37 | 70,209.89 |
| 05/08/14 | 101 | Whittymore LLC | rent, per agreement at telephonic hearing 5/8/14 for March27 - May 31, 2014 | 2410-000 | | 53,251.81 | 16,958.08 |
| 05/28/14 | | Horizon loan to cover expenses | loan to cover expenses | 1280-000 | 95,000.00 | | 111,958.08 |
| 05/28/14 | 102 | First Insurace | Property Insurance for Cereplast, Inc. | 2420-000 | | 13,864.80 | 98,093.28 |
| 05/28/14 | 103 | Koorsen Fire & Security | Cereplast, Inc. - alarm monitoring | 2420-000 | | 122.04 | 97,971.24 |
| 05/28/14 | 104 | Seymour Municipal Sanitation Utility | Cereplast, Inc. Acct#2065675803 | 2420-000 | | 94.86 | 97,876.38 |
| 05/28/14 | 105 | Seymour Municipal Sanitation Utility | Cereplast Acct #2065675802 | 2420-000 | | 655.86 | 97,220.52 |
| 05/28/14 | 106 | Indiana American Water | Cereplast Acct #1010-220003610095 | 2420-000 | | 45.22 | 97,175.30 |
| 05/28/14 | 107 | Indiana American Water | Cereplast Acct #1010-220003610194 | 2420-000 | | 145.98 | 97,029.32 |
| 05/29/14 | 108 | Whittymore LLC | June, 2014 rent | 2410-000 | | 25,000.00 | 72,029.32 |
| 05/29/14 | 109 | IFPS | casualty insurance | 2420-000 | | 4,505.78 | 67,523.54 |
| 05/29/14 | 110 | Synoptek, LLC | data recovery | 2420-000 | | 349.00 | 67,174.54 |
| 05/29/14 | 111 | GRM Information Management Services | data  recovery | 2420-000 | | 1,400.00 | 65,774.54 |
| 05/30/14 | 112 | Sherwood Partners LLC | consultant fee for sale of business assets - Approved court order dated 5/1/14, docket entry #142 - see engagement letter agreement, attachment doc Entry 118 | 3991-000 | | 20,000.00 | 45,774.54 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.24 | 45,705.30 |
| 06/10/14 | 113 | Duke Energy | Payment of charges 3/27 through 5/27 Acct#5140-3576-07-0 | 2420-000 | | 1,294.21 | 44,411.09 |
| 06/12/14 | {4} | Composite Technologies | payment on acct receivable | 1121-000 | 14,000.00 | | 58,411.09 |
| 06/12/14 | {4} | Composite Technologies | account receivable payment | 1121-000 | 14,000.00 | | 72,411.09 |
| 06/12/14 | {4} | Composite Technologies | payment on acct receivable | 1121-000 | 13,550.00 | | 85,961.09 |
| 06/16/14 | 114 | Frontier | Acct #812-523-0035-052914-5 | 2420-000 | | 141.79 | 85,819.30 |
| 06/16/14 | 115 | Dominique Sawko - VP & Ass. General Counsel | insurance payment | 2420-000 | | 3,466.20 | 82,353.10 |
| 06/16/14 | 116 | Indiana American Water | Acct #10102200036 10095 | 2420-000 | | 165.07 | 82,188.03 |
| 06/16/14 | 117 | Indiana American Water | Acct #1010-220003610094 | 2420-000 | | 121.35 | 82,066.68 |
| 06/23/14 | 118 | Indiana Law Group | special counsel fees per court order dated 6/23/14 docket entry #257 | 3210-600 | | 2,230.00 | 79,836.68 |
| 06/26/14 | 119 | Koorsen Fire & Security | invoice for fixing security system, paid pursuant to loan agreements | 2420-000 | | 291.72 | 79,544.96 |
| 06/27/14 | | Trellis Earth Products, Inc. | portion retained by Trustee from closing statement for expenses | | 127,597.26 | | 207,142.22 |
| | {5} | | sale of plant assets         100,000.00 | 1129-000 | | | 207,142.22 |
| | | | Subtotals : | | $334,451.52 | $127,309.30 | |

{} Asset reference(s)

Printed: 07/13/2018 10:09 AM     V.14.14

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-90200
**Case Name:** Cereplast, Inc.
**Taxpayer ID #:** **-***4289
**Period Ending:** 07/13/18

**Trustee:** Kathryn L. Pry (340300)
**Bank Name:** Rabobank, N.A.
**Account:** ******0466 - Checking Account
**Blanket Bond:** $36,630,939.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | {6} | | sale of plant assets   1,000,000.00 | 1129-000 | | | 207,142.22 |
| | {7} | | sale of plant assets   25,000.00 | 1129-000 | | | 207,142.22 |
| | {8} | | sale of plant assets   1,475,000.00 | 1129-000 | | | 207,142.22 |
| | | | payment on secured   -2,244,402.74 claim to Horizon | 4210-000 | | | 207,142.22 |
| | | | Deposit held by Dale &   -228,000.00 Eke - see Report of Sale docket entry #295,  See 4/23/16 check for disbursement | 1249-000 | | | 207,142.22 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 126.74 | 207,015.48 |
| 07/07/14 | 120 | Vectren Energy Delivery | final utility payment to Vetren 02-621351868-5774101 | 2420-000 | | 511.85 | 206,503.63 |
| 07/07/14 | 121 | Indiana American Water | final payment on Account #1010-220003610095 | 2420-000 | | 40.14 | 206,463.49 |
| 07/07/14 | 122 | Indiana American Water | Final Payment Account #1010-220003610194 | 2420-000 | | 99.74 | 206,363.75 |
| 07/07/14 | 123 | SMSU | Final Payment - Sewage Bill Account #2065675803 | 2420-000 | | 886.80 | 205,476.95 |
| 07/15/14 | 124 | Green Bottom Line, Inc. | Sales consultant fee, docket entry #280 | 3731-000 | | 3,740.96 | 201,735.99 |
| 07/15/14 | 125 | Susquehanna Commercial Finance, Inc. | per court order dated 7/15/14 docket entry #281 | 4210-000 | | 15,597.26 | 186,138.73 |
| 07/15/14 | 126 | Sherwood Partners LLC | Per court order dated 7/15/14, docket #279 Stopped on 07/25/14 | 3731-000 | | 90,000.00 | 96,138.73 |
| 07/17/14 | {2} | Duke Energy | return of deposit | 1129-000 | 5,177.20 | | 101,315.93 |
| 07/25/14 | {9} | Anthem Blue Cross | refund of insurance due to 80-20 rule | 1229-000 | 151.33 | | 101,467.26 |
| 07/25/14 | 126 | Sherwood Partners LLC | Per court order dated 7/15/14, docket #279 Stopped: check issued on 07/15/14 | 3731-000 | | -90,000.00 | 191,467.26 |
| 07/25/14 | 127 | Sherwood Partners LLC | Replacement of stopped check | 3731-000 | | 90,000.00 | 101,467.26 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 317.85 | 101,149.41 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.63 | 101,008.78 |
| 09/24/14 | 128 | Kathryn L. Pry | interim trustee compensation per 9/24/14 order of Court, docket entry #328 | 2100-000 | | 22,000.00 | 79,008.78 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 150.75 | 78,858.03 |
| 10/06/14 | {10} | Frontier Communications | utility refund for overpayment | 1229-000 | 6.31 | | 78,864.34 |
| 10/22/14 | 129 | Horizon Technology Finance Corporation | full satisfaction of Post Pet financing order and all post petition loans per 10/21/14 order | 8500-002 | | 77,508.78 | 1,355.56 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.49 | 1,242.07 |
| 11/04/14 | {13} | Pitney Bowes | refund of overpayment in Pitney Bowes | 1229-000 | 135.59 | | 1,377.66 |

Subtotals :   $5,470.43   $211,234.99

{} Asset reference(s)

Printed: 07/13/2018 10:09 AM   V.14.14

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 14-90200  
**Case Name:** Cereplast, Inc.  
**Taxpayer ID #:** **-***4289  
**Period Ending:** 07/13/18

**Trustee:** Kathryn L. Pry (340300)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0466 - Checking Account  
**Blanket Bond:** $36,630,939.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | account | | | | |
| 11/26/14 | | Dale & Eke Professional Corporation | Carve out funds advanced to pay remaining for additional expenses from sale of plant , to be withheld from distribution from carve out (see entry 4/23/16 for repayment) | 1280-002 | 1,112.24 | | 2,489.90 |
| 11/26/14 | 130 | Barnes & Thornberg LLP | Per court order dated 11/21/14, docket entry #349 | | | 989.90 | 1,500.00 |
| | | | per 11/21 court order - Barnes & Thornberg      907.50 | 3210-600 | | | 1,500.00 |
| | | | per 11/21 court order      82.40 | 3220-610 | | | 1,500.00 |
| 11/26/14 | 131 | Frank Rorie | per court order dated 11/13/14, docket entry #343 | 3210-600 | | 1,500.00 | 0.00 |
| 03/16/15 | {14} | Phoenix International | overpayment on invoice | 1221-000 | 1,406.55 | | 1,406.55 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,396.55 |
| 04/04/15 | {14} | ChemPoint.com, Inc | refund of overpayment in account | 1221-000 | 180.00 | | 1,576.55 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,566.55 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,556.55 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,546.55 |
| 07/15/15 | 132 | Franchise Tax Board | payment of required taxes per accountant | 2820-000 | | 1,008.00 | 538.55 |
| 07/15/15 | 133 | Massachussetts Department of Revenue | payment of Massachussetts excise taxes per accountant | 2820-000 | | 480.00 | 58.55 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 48.55 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 38.55 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 28.55 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 18.55 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8.55 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 8.55 | 0.00 |
| 02/19/16 | {15} | Gibbons, PC | preference settlement Gibbons, P.C. | 1241-000 | 7,500.00 | | 7,500.00 |
| 02/25/16 | {16} | Chase Cashiers Check | preference against GRM | 1241-000 | 5,000.00 | | 12,500.00 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 12,490.00 |
| 03/31/16 | {19} | European Bioplastics | Preference against European Bioplastics | 1241-000 | 5,000.00 | | 17,490.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.70 | 17,470.30 |
| 04/06/16 | {17} | State of California | Bank & Corp tax refund | 1224-000 | 121.98 | | 17,592.28 |
| 04/14/16 | {18} | GE Capital | settlement on preference | 1241-000 | 3,564.80 | | 21,157.08 |
| 04/23/16 | | Rubin & Levin, PC | funds remaining from carve out returned to estate | | 5,770.67 | | 26,927.75 |
| | | Dale & Eke | Carve out to Dale & Eke      228,000.00 | 1280-000 | | | 26,927.75 |

Subtotals :   $29,656.24   $4,106.15

{} Asset reference(s)

Printed: 07/13/2018 10:09 AM   V.14.14

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 14-90200  
**Case Name:** Cereplast, Inc.  
**Taxpayer ID #:** \*\*-\*\*\*4289  
**Period Ending:** 07/13/18

**Trustee:** Kathryn L. Pry (340300)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*0466 - Checking Account  
**Blanket Bond:** $36,630,939.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | (then transferred to Rubin & Levin when Caruso moved firms) | | | | | |
| | | BGBC | paid from carve out by Dale & Eke per court order docket entry #407 | -262.00 | 3420-000 | | | 26,927.75 |
| | | BGBC | paid from carve out by Dale & Eke per court order docket entry #407 | -3,161.00 | 3410-000 | | | 26,927.75 |
| | | Dale & Eke PC | paid from carve out by Dale & Eke per court order docket entry #322 | -131,897.50 | 3210-600 | | | 26,927.75 |
| | | Dale & Eke PC | paid from carve out by Dale & Eke per court order docket entry #322 (9/17/14) | -5,965.91 | 3220-610 | | | 26,927.75 |
| | | Kathryn L. Pry | paid from carve out by Dale & Eke per court order docket entry 328 as amended on 9/24/14 | -580.68 | 2200-000 | | | 26,927.75 |
| | | Kathryn L. Pry | paid from carve out by Dale & Eke per court order docket entry 328 as amended on 9/24/14 | -79,250.00 | 2100-000 | | | 26,927.75 |
| | | | Return of carve out funds advanced from Dale & Eke (See deposit from 11/26/14 | -1,112.24 | 3210-000 | | | 26,927.75 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 27.56 | 26,900.19 |
| 05/02/16 | {12} | American International Group, Inc. | D&O Insurance settlement | | 1249-000 | 500,000.00 | | 526,900.19 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 634.97 | 526,265.22 |
| 06/08/16 | 134 | Dale & Eke LLC | per court order dated 5/17/16, docket entry #447 | | | | 96,515.47 | 429,749.75 |
| | | | Fees to Dale & Eke (final) per court order dated 5/17/16 | 95,592.50 | 3210-000 | | | 429,749.75 |
| | | | Dale & Eke (final payment) per court order dated 5/17/16 | 922.97 | 3220-000 | | | 429,749.75 |

Subtotals :  $500,000.00   $97,178.00

{} Asset reference(s)

Printed: 07/13/2018 10:09 AM    V.14.14

Case 14-90200-BHL-7A    Doc 502    Filed 07/13/18    EOD 07/13/18 13:46:14    Pg 9 of 20

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 14-90200  
**Case Name:** Cereplast, Inc.  
**Taxpayer ID #:** **-***4289  
**Period Ending:** 07/13/18

**Trustee:** Kathryn L. Pry (340300)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0466 - Checking Account  
**Blanket Bond:** $36,630,939.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/08/16 | 135 | Ruben & Levin | per court order dated 5/17/16  Docket Entry #448 | | | 24,903.14 | 404,846.61 |
| | | | Ruben & Levin per court order dated 5/17/16    24,020.00 | 3210-000 | | | 404,846.61 |
| | | | Ruben & Levin per court order dated 5/17/16    883.14 | 3220-000 | | | 404,846.61 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 737.57 | 404,109.04 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 560.34 | 403,548.70 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 636.74 | 402,911.96 |
| 09/01/16 | {21} | Wells Fargo Bank Cashiers Check | settlement of Synoptek preference | 1241-000 | 2,000.00 | | 404,911.96 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 580.24 | 404,331.72 |
| 10/07/16 | {23} | ATTM Settlement | ATTM Settlement | 1249-000 | 31.29 | | 404,363.01 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 560.67 | 403,802.34 |
| 11/01/16 | 136 | Indiana Department of Revenue | payment of tax penalty, Docket Entry #466 | 2820-000 | | 250.00 | 403,552.34 |
| 11/03/16 | 137 | international Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 09/30/2016 FOR CASE #14-90200 | 2300-000 | | 125.93 | 403,426.41 |
| 11/09/16 | 138 | BGBC Partners, LLP | per court order dated 11/9/16 (docket entry #463) | 3410-000 | | 1,425.00 | 402,001.41 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 616.64 | 401,384.77 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 575.75 | 400,809.02 |
| 01/06/17 | 139 | BGBC Partners, LLP | per court order dated 1/5/17, Docket entry #468 | 3410-000 | | 566.00 | 400,243.02 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 614.26 | 399,628.76 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 536.48 | 399,092.28 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 593.16 | 398,499.12 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 534.97 | 397,964.15 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 629.65 | 397,334.50 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 571.50 | 396,763.00 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 551.66 | 396,211.34 |
| 08/22/17 | 140 | BGBC Partners, LLP | accounting fees and expenses per court order | | | 1,802.00 | 394,409.34 |
| | | | per court order dated 9/14/17 docket entry #483    1,547.00 | 3410-000 | | | 394,409.34 |
| | | | per court order dated 9/14/17 docket entry #483    255.00 | 3420-000 | | | 394,409.34 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 626.76 | 393,782.58 |

Subtotals :    $2,031.29    $37,998.46

{} Asset reference(s)

Printed: 07/13/2018 10:09 AM    V.14.14

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 14-90200  
**Case Name:** Cereplast, Inc.  
**Taxpayer ID #:** **-***4289  
**Period Ending:** 07/13/18  

**Trustee:** Kathryn L. Pry (340300)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0466 - Checking Account  
**Blanket Bond:** $36,630,939.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/22/17 | | US Treasury/IRS | per court order 9/14/17, docket entry #484 | 2810-000 | | 21.00 | 393,761.58 |
| 09/26/17 | 141 | Rubin & Levin | Attorney fees and expenses per court order dated 9/25/17, docket entry #485 | | | 16,369.85 | 377,391.73 |
| | | | per court order docket entry 485, 9/25/17   15,652.50 | 3210-000 | | | 377,391.73 |
| | | | per court order docket entry 485, 9/25/17   717.35 | 3220-000 | | | 377,391.73 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 547.51 | 376,844.22 |
| 10/10/17 | 142 | Clerk, United States Bankruptcy Court | filing fee, motion to sell | 2700-000 | | 181.00 | 376,663.22 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 581.18 | 376,082.04 |
| 11/06/17 | 143 | international Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/06/2017 FOR CASE #14-90200 | 2300-000 | | 117.15 | 375,964.89 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 540.82 | 375,424.07 |
| 12/04/17 | {24} | Oak Point Partners, Inc | sale of remnant assets | 1229-000 | 5,000.00 | | 380,424.07 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 527.50 | 379,896.57 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 601.06 | 379,295.51 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 509.19 | 378,786.32 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 544.82 | 378,241.50 |
| 04/02/18 | 144 | Rubin & Levin | attorney fees and expenses per 4/2/18 order (Docket entry #500) | | | 2,237.04 | 376,004.46 |
| | | | per court order 4/1/18 (docket entry #500)   1,774.50 | 3210-600 | | | 376,004.46 |
| | | | per court order dated 4/1/18 (docket entry #500)   462.54 | 3220-610 | | | 376,004.46 |
| 04/10/18 | 145 | BGBC Partners, LLP | accounting fees, per court order docket entry #501, 4/10/18 | 3410-000 | | 2,213.00 | 373,791.46 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 522.27 | 373,269.19 |
| 05/23/18 | 146 | Austin Legal Group APC | Payment of Administrative Attorney fee expense per court order dated 7/7/14 (Docket Entry #286 | 6210-000 | | 71,537.87 | 301,731.32 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 587.20 | 301,144.12 |

Subtotals :  $5,000.00    $97,638.46

{} Asset reference(s)  

Printed: 07/13/2018 10:09 AM    V.14.14

Case 14-90200-BHL-7A    Doc 502    Filed 07/13/18    EOD 07/13/18 13:46:14    Pg 11 of 20

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 14-90200  
**Case Name:** Cereplast, Inc.  
**Taxpayer ID #:** **-***4289  
**Period Ending:** 07/13/18

**Trustee:** Kathryn L. Pry (340300)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0466 - Checking Account  
**Blanket Bond:** $36,630,939.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 876,609.48 | 575,465.36 | $301,144.12 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 876,609.48 | 575,465.36 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$876,609.48** | **$575,465.36** | |

{} Asset reference(s)   Printed: 07/13/2018 10:09 AM   V.14.14

Case 14-90200-BHL-7A    Doc 502    Filed 07/13/18    EOD 07/13/18 13:46:14    Pg 12 of 20

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 8

| | |
|---|---|
| **Case Number:** 14-90200 | **Trustee:** Kathryn L. Pry (340300) |
| **Case Name:** Cereplast, Inc. | **Bank Name:** Rabobank, N.A. |
|  | **Account:** ******0467 - Checking Account |
| **Taxpayer ID #:** **-***4289 | **Blanket Bond:** $36,630,939.00  (per case limit) |
| **Period Ending:** 07/13/18 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

|  |  |
|---:|---:|
| Net Receipts : | 876,609.48 |
| Plus Gross Adjustments : | 2,466,632.07 |
| Less Other Noncompensable Items : | 78,621.02 |
| Net Estate : | **$3,264,620.53** |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| **Checking # ******0466** | 876,609.48 | 575,465.36 | 301,144.12 |
| **Checking # ******0467** | 0.00 | 0.00 | 0.00 |
| | **$876,609.48** | **$575,465.36** | **$301,144.12** |

_____  
July 13, 2018  
Date

/s/ Kathryn L. Pry  
_____  
Kathryn L. Pry

{} Asset reference(s)    Printed: 07/13/2018 10:09 AM    V.14.14

# Exhibit "C"

## Case: 14-90200    Cereplast, Inc.

Claims Bar Date: 08/11/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Susquehanna Commercial Finance, Inc. 2 Country View Road, Suite 300 Malvern, PA 19355 <4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  0 | Secured 02/20/14 | Claim was withdrawn on 7/24/14. | $19,444.14 * $0.00 | $0.00 | $0.00 |
| 5 | Jackson County- Property Taxes 111 S. Main St., Suite 124 Brownstown, IN 47220 <5800-00   Claims of Governmental Units>,  570 | Priority 04/10/14 | NONE ON POC Claimed priority amount exceeds total amount of claim.  The documentation appears to support a priority claim of $138,492.04, a penalty claim of $35,496.87, and an unsecured claim of $25,909.58.  Trustee proposes to amend the claim to reflect these amounts. | $199,898.48 * $138,492.04 | $0.00 | $138,492.04 |
| 9 | Airgas USA LLC P.O. Box 9249 Marietta, GA 30065-2249 <4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  100 | Secured 05/15/14 | 4898 Debt was for cylander rentals.  The cylinders should be taken back rather than paid from the bankruptcy estate. | $1,074.55 * $0.00 | $0.00 | $0.00 |
| 12 | Blytheco, LLC 23161 Mill Creek Drive Suite 200 Laguna Hills, CA 92653 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 05/15/14 | 79CE No proof of the indebtedness is attached to the proof of claim. | $1,824.71 * $0.00 | $0.00 | $0.00 |
| 13 | The Houston Group 1029 J Street Sacramento, CA 95814 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 05/15/14 | 1234 Claim is filed as a priority claim, but no statute authorizing the prioirty is cited.  Trustee proposes to amend this to an allowed unsecured claim. | $10,500.00 * $10,500.00 | $0.00 | $10,500.00 |
| 15 | Mapcargo Intl 2501 Santa Fe Avenue Redondo Beach, CA 90278 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 05/16/14 | NONE ON POC Claim is filed as a priority claim, but no statute authorizing the prioirty is cited.  Trustee proposes to amend this to an allowed unsecured claim. | $540,639.30 * $540,639.30 | $0.00 | $540,639.30 |

(*) Denotes objection to Amount Filed

# Exhibit "C"

## Case: 14-90200   Cereplast, Inc.

Claims Bar Date:  08/11/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 16 | Weintraub Tobin Chediak Coleman Grodin law Corp.<br>400 Capitol Mall, 11th Floor<br><br>Sacramento, CA 95814<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/19/14 | 5050<br><br>No documentation attached to support the claim. | $19,887.60 *<br>$0.00 | $0.00 | $0.00 |
| 22 | Harris County et al<br>c/o John P. Dillman,Linebarger Goggan Blair & Sampson LLP,P.O. Box 3064<br>Houston, TX 77253-3064<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  100 | Secured<br>06/11/14 | Withdrawn. | $1,535.47 *<br>$0.00 | $0.00 | $0.00 |
| 26 | AQR Diversified Arbitrage Fund<br>c/o CNH Partners<br>Two Greenwich Plaza,Attn: Brendan Kalb<br>Greenwich, CT 06830<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/20/14 | Claim withdrawn. | $4,055,927.42 *<br>$0.00 | $0.00 | $0.00 |
| 27 | AQR Opportunistic Premium Offshore Fund, L.P.<br>c/o CNH Partners LLC<br>Two Greenwich Plaza,Attn: Brendan Kalb<br>Greenwich, CT 06830<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/20/14 | Claim withdrawn. | $319,073.11 *<br>$0.00 | $0.00 | $0.00 |
| 28 | CNH Diversified Opportunities Master Account, L.P.<br>c/o CNH Partners LLC<br>Attn: Brendan Kalb,Two Greenwich Plaza<br>Greenwich, CT 06830<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/20/14 | Claim withdrawn. | $182,163.71 *<br>$0.00 | $0.00 | $0.00 |
| 30P | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO BOX 2952<br>Sacramento, CA 95812-2952<br><br><5800-00   Claims of Governmental Units>,  570 | Priority<br>06/25/14 | 5930<br><br>This is a duplicate claim to claim #52.  Trustee proposes to disallow this claim in its entirety. | $2,467.89 *<br>$0.00 | $0.00 | $0.00 |
| 34U | Michigan Department of Treasury<br>Bankruptcy Unit<br>PO Box 30168<br>Lansing, MI 48909<br><br><7300-00   Fines, Penalties § 726(a)(4)>,  630 | Unsecured<br>07/14/14 | 4289<br><br>This portion of claim #34 is filed as a general unsecured, but should be a penalty claim.  Trustee proposes to change it to TCode 7300-00 Penalties. | $82.50 *<br>$82.50 | $0.00 | $82.50 |

(*) Denotes objection to Amount Filed

# Exhibit "C"

## Case: 14-90200   Cereplast, Inc.

Claims Bar Date: 08/11/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 43 | Ironridge Technology Co., a Division of Ironridge<br>Ironridge Global IV, Ltd.,Harbour House, 2nd Floor, Waterfront Dri,Road To Tortola, AK<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/07/14 | Insufficient documentation to support claim. | $50,739,898.00 *<br>$0.00 | $0.00 | $0.00 |
| 45S | Horizon Technology Finance Corporation<br>Jay Bombara,General Counsel,Horizon Technology Finance Corporation,312 Farmi Farmington, CT 06032<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/08/14 | Claim is filed as secured. The funds being paid are from assets other than that secured by this creditor. Trutee proposes to amend this claim to be a general unsecured claim. | $79,149.41 *<br>$79,149.41 | $0.00 | $79,149.41 |
| 48U | Illinois Department of Employment Security<br>33 S State St 10th Floor<br>Chicago, IL 60603<br><7300-00   Fines, Penalties § 726(a)(4)>, 630 | Unsecured<br>10/10/14 | 4289<br>This is the unsecured portion of Claim #48, and is filed as a general unsecured. It should be a penalty claim. Trustee proposes to change it to TCode 7300-00 Penalties. | $148.87 *<br>$148.87 | $0.00 | $148.87 |
| 49P | Illinois Department of Employment Security<br>33 S State St 10th Floor<br>Chicago, IL 60603<br><5800-00   Claims of Governmental Units>, 570 | Priority<br>10/10/14 | 4289<br>Claim is duplicative of amounts contained within Claim number 48, and contains post petition interest. | $123.34 *<br>$0.00 | $0.00 | $0.00 |
| 49U | Illinois Department of Employment Security<br>33 S State St 10th Floor<br>Chicago, IL 60603<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/10/14 | 4289<br>DUPLICATIVE | $50.00 *<br>$0.00 | $0.00 | $0.00 |
| 51 -2 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO BOX 2952<br>Sacramento, CA 95812-2952<br><5800-00   Claims of Governmental Units>, 570 | Priority<br>03/16/15 | 5930<br>No actual proof of claim filed, and claim is for post petition years and can not be paid from estate. | $1,694.83 *<br>$0.00 | $0.00 | $0.00 |

(*) Denotes objection to Amount Filed

# Exhibit "C"

Case: 14-90200    Cereplast, Inc.

Claims Bar Date: 08/11/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 52P | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO BOX 2952<br>Sacramento, CA 95812-2952 | Priority<br>04/04/16 | 5930 | $1,667.89 *<br>$1,622.34 | $0.00 | $1,622.34 |
| | | | Based on the documentation filed by the creditor, there appears to be a priority claim of $1622.34, a tardily filed unsecured claim for $287.39, and a penalty claim of $129.55. Trustee proposes to amend the claim to these amounts and T-Codes. | | | |
| | <5800-00   Claims of Governmental Units>,  570 | | | | | |

|  |  | **Case Total:** | $0.00 | $770,634.46 |
|---|---|---|---|---|

(*) Denotes objection to Amount Filed

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-90200  
Case Name: Cereplast, Inc.  
Trustee Name: Kathryn L. Pry  

**Balance on hand:** $ 301,144.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |

Total to be paid to secured creditors:  $ 0.00  
Remaining balance:  $ 301,144.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Kathryn L. Pry | 121,188.62 | 101,250.00 | 19,938.62 |
| Trustee, Expenses - Kathryn L. Pry | 1,134.02 | 580.68 | 553.34 |
| Fees, United States Trustee | 325.00 | 0.00 | 325.00 |

Total to be paid for chapter 7 administration expenses:  $ 20,816.96  
Remaining balance:  $ 280,327.16

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00  
Remaining balance:  $ 280,327.16

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $249,424.86 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Internal Revenue Service | 1,240.02 | 0.00 | 1,240.02 |
| 5 | Jackson County- Property Taxes | 138,492.04 | 0.00 | 138,492.04 |
| 8P | Synoptek | 2,894.92 | 0.00 | 2,894.92 |
| 23P | INDIANA DEPARTMENT OF REVENUE | 98,170.89 | 0.00 | 98,170.89 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---|---|---|
| 34P | Michigan Department of Treasury | 759.77 | 0.00 | 759.77 |
| 48P | Illinois Department of Employment Security | 1,207.74 | 0.00 | 1,207.74 |
| 52P | Franchise Tax Board | 1,622.34 | 0.00 | 1,622.34 |
| 53P | State Board of Equalization | 5,037.14 | 0.00 | 5,037.14 |

Total to be paid for priority claims:     $     249,424.86
Remaining balance:     $     30,902.30

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,797,887.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 -2 | Federal Insurance Company | 26,397.00 | 0.00 | 63.75 |
| 4 | TriNet HR Corporation | 31,336.03 | 0.00 | 75.67 |
| 7 | FedEx Tech Connect Inc as Assignee | 23,092.48 | 0.00 | 55.76 |
| 8 | Synoptek | 8,660.76 | 0.00 | 20.91 |
| 10 | Pacific Capital Management, LLC | 947,029.89 | 0.00 | 2,286.73 |
| 11 | Midwest Environmental Services | 988.65 | 0.00 | 2.39 |
| 13 | The Houston Group | 10,500.00 | 0.00 | 25.35 |
| 14 | McCrone Associates, Inc. | 3,500.00 | 0.00 | 8.45 |
| 15 | Mapcargo Intl | 540,639.30 | 0.00 | 1,305.45 |
| 17 | Merrill Communications | 27,752.00 | 0.00 | 67.01 |
| 18 | RR Donnelley | 88,444.00 | 0.00 | 213.56 |
| 19 | Keller and Heckman LLP | 9,423.90 | 0.00 | 22.76 |
| 20 | Wolf Greenfield & Sacks, PC | 36,472.46 | 0.00 | 88.07 |
| 21 | Broadridge ICS | 25,440.76 | 0.00 | 61.43 |
| 23U | INDIANA DEPARTMENT OF REVENUE | 18,305.82 | 0.00 | 44.20 |
| 24 -2 | United Parcel Service (Freight) | 2,557.64 | 0.00 | 6.18 |
| 25 -2 | C.H. Powell Company | 11,322.72 | 0.00 | 27.34 |
| 29 | Silicon Valley Bank | 49,836.03 | 0.00 | 120.34 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 31 | Frontier Communications | 1,362.72 | 0.00 | 3.29 |
| 32 -2 | Vectren Energy Delivery | 1,582.05 | 0.00 | 3.82 |
| 33 | Rumpke | 343.08 | 0.00 | 0.83 |
| 35 | GreatAmerica Financial Services Corporation | 13,248.62 | 0.00 | 31.99 |
| 36 | Mitchell A. Seider & Annemarie V. Reilly | 210,454.49 | 0.00 | 508.17 |
| 37 -2 | General Electric Capital Corp. | 33,747.16 | 0.00 | 81.49 |
| 38 | Wells Fargo Bank, N.A. | 8,697,567.44 | 0.00 | 21,001.48 |
| 39 | LMC Group S.A. | 31,622.16 | 0.00 | 76.36 |
| 40 | Magna Group, LLC | 25,990.00 | 0.00 | 62.76 |
| 41 | Hanover Holdings, LLC | 345,635.00 | 0.00 | 834.58 |
| 42 | Group 7 AG | 221,957.00 | 0.00 | 535.95 |
| 44 -2 | Gibbons PC | 30,066.98 | 0.00 | 72.60 |
| 45S | Horizon Technology Finance Corporation | 79,149.41 | 0.00 | 191.12 |
| 45U | Horizon Technology Finance Corporation | 1,084,493.87 | 0.00 | 2,618.66 |
| 46 | OWS | 38,230.20 | 0.00 | 92.31 |
| 50 | Paul Zammit, LTD | 94,828.40 | 0.00 | 228.98 |
| 5UN | Jackson County Property Taxes | 25,909.58 | 0.00 | 62.56 |

Total to be paid for timely general unsecured claims: $ 30,902.30
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 3,694.89 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 47 | IPFS Corporation | 2,804.46 | 0.00 | 0.00 |
| 52U | Franchise Tax Board | 287.39 | 0.00 | 0.00 |
| 53 | State Board of Equalization | 603.04 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 48,092.53 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3U | Internal Revenue Service | 106.19 | 0.00 | 0.00 |
| 34U | Michigan Department of Treasury | 82.50 | 0.00 | 0.00 |
| 48U | Illinois Department of Employment Security | 148.87 | 0.00 | 0.00 |
| 5PEN | Jackson County - Property Taxes | 35,496.87 | 0.00 | 0.00 |
| 23PEN | INDIANA DEPARTMENT OF REVENUE | 11,775.71 | 0.00 | 0.00 |
| 53PEN | State Board of Equalization | 352.84 | 0.00 | 0.00 |
| 52-PEN | Franchise Tax Board | 129.55 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**